JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| GARY G. HAMPTON, JR., | Case No. 2:23-cv-04296-SB-AJR |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| J. MORALES, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, the Court finds that there is no just reason to delay final judgment pursuant to Federal Rule of Civil Procedure 54(b) and therefore:

IT IS HEREBY ADJUDGED that Plaintiff's claims against Dr. Ramos are dismissed with prejudice.

DATED:  April 11, 2024

_____
HON. STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE