# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY G. HAMPTON, JR., <br><br> Plaintiff, <br><br> v. <br><br> J. MORALES, ET AL., <br><br> Defendants. | Case No. 2:23-cv-04296-SB-AJR <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, the Court finds that there is no just reason to delay final judgment pursuant to Federal Rule of Civil Procedure 54(b) and therefore:

IT IS HEREBY ADJUDGED that Plaintiff's claims against Captain Schumacher and Sergeant Ramsey are dismissed with prejudice. The Court notes that this judgment does not address Plaintiff's Eighth Amendment excessive force claims against the Officer Defendants (Officers Morales, Ramirez, and Avalos).

DATED: September 16, 2024

HON. STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE